(June 21, 1977)

■ In the Matter of Robert Stewart, Appellant, v John F. Keenan, as Special Assistant Attorney-General of the Office of the Special Prosecutor of the State of New York, Respondent.—Order, Supreme Court, New York County, entered on March 14, 1977, unanimously affirmed for the reasons stated by Sandler, J., in the minutes on oral argument, without costs and without disbursements. Concur—Murphy, P. J., Lupiano, Silverman, Lane and Yesawich, JJ.

■ Laura S. Phyfe, Respondent-Appellant, v Henry P. Phyfe, Appellant-Respondent.—Judgments, Supreme Court, New York County, entered on May 24, 1976 and November 15, 1976, respectively, unanimously affirmed for the reasons stated by Shainswit, J., at Special Term, without costs and without disbursements. Concur—Lupiano, J. P., Birns, Silverman and Markewich, JJ.

■ William B. Bram, Respondent, v Monroe Silver, Appellant.—Judgment, Supreme Court, New York County, entered on August 16, 1976, unanimously affirmed on the opinion of Riccobono, J., at Special Term. Respondent shall recover of appellant $60 costs and disbursements of this appeal. Concur—Lupiano, J. P., Birns, Silverman and Markewich, JJ.